IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANKIE THOMAS GOULDING,<br><br>　　　　　Defendant. | Case No.:  1:18-cr-00240-001 LJO<br><br>ORDER OF RELEASE |

IT IS HEREBY ORDERED that defendant Frankie Thomas Goulding shall be released to a representative of "Recovery In Action Service", John Gio Maione, from the Lerdo County Jail forthwith.  Mr. Maione will then transport Frankie Thomas Goulding directly to the "Recovery In Action Services" located at Somerset, California to be admitted and complete residential program.

The defendant shall be released with conditions of pretrial service.   The defendant shall comply with the conditions set forth after interview.

Status Conference set for September 23, 2019, at 8:30am. before Judge O'Neill.

IT IS SO ORDERED.

　　Dated:  **August 19, 2019**　　　　　　　　　/s/ Lawrence J. O'Neill  
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE