LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Frankie Thomas Goulding

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>FRANKIE THOMAS GOULDING,<br><br>Defendants. | Case No.  1:18-cr-00240-LJO-SKO<br><br><br><br>STIPULATION AND ORDER TO CONTINUE BREIFING SCHEDULE DEADLINE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANKIE THOMAS GOULDING, by and through his attorney of record, EMILY DELEON, hereby requesting that the Court extend the deadline for providing the Court a briefing schedule to June 3, 2020.  This request is based on the Counsel being appointed on May 27, 2020 and needing additional time to familiarize herself with the case, obtain necessary records, and speak to the client and his family members.

1

**IT IS SO STIPULATED.**

DATED: 05/27/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Frankie Thomas Goulding

DATED: 05/27/20

*/s/Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties, the date for the filing of the proposed BRIEFING SCHEDULE is hereby continued from May 27, 2020 to June 3, 2020.

IT IS SO ORDERED.

Dated:   **May 28, 2020**                               _____
UNITED STATES DISTRICT JUDGE