1  LAW OFFICE OF EMILY DELEON
2  EMILY DELEON, SBN 296416
   1318 K Street
3  Bakersfield, CA 93301
   Tel: (661) 331-0207
4  Email: emily@lawdeleon.com

5  Attorney for:
   Frankie Thomas Goulding
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18:00240-LJO-SKO |
|---|---|
| Plaintiff | |
| FRANKIE THOMAS GOULDING, | |
| Defendants. | |
|  | STIPULATION AND ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANKIE THOMAS GOULDING, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: 06/02/20
                                    Respectfully Submitted,
                                    */s/ Emily Deleon*
                                    EMILY DELON
                                    Attorney for Defendant
                                    Frankie Thomas Goulding

DATED: 06/02/20                     */s/Laurel J. Montoya*
                                    LAUREL J. MONTOYA
                                    Assistant U.S. Attorney

1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Supplemental Opening Brief **June 17, 20220**

Government/Respondent's Opposition Brief **Due June 26, 2020**

Defendant's/Petitioner's Rely (if any) **Due June 30, 2020**

IT IS SO ORDERED.

Dated:  **June 3, 2020**

_____
UNITED STATES DISTRICT JUDGE