LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Frankie Thomas Goulding

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>FRANKIE THOMAS GOULDING,<br><br>Defendants. | Case No.  1:18:00240-LJO-SKO<br><br><br>STIPULATION AND AMENDED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANKIE THOMAS GOULDING, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for an amended briefing schedule regarding the Defendant's request for Compassionate Release. Defense has not yet received Mr. Goulding's medical records from the Bureau of Prisons and will need additional time to review them.  Further, defense would like the opportunity to listen to the audio of Mr. Goulding's prior sentencing hearing given that there was discussion of a residential treatment program.  It appears from the docket that Hon. O'Neill had agreed to release Mr. Goulding to a program at one point.  This information may be relevant to the argument that credit for time served is an appropriate sentence for Mr. Goulding at this time.  The audio was requested Friday, June 12, 2020.

1

1  **IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

2  DATED: 06/15/20                                         */s/ Emily Deleon*
                                                          EMILY DELON
                                                          Attorney for Defendant
                                                          Frankie Thomas Goulding

DATED: 06/15/20                                          */s/Laurel J. Montoya*
                                                          LAUREL J. MONTOYA
                                                          Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Supplemental Opening Brief **July 1, 20220**

Government/Respondent's Opposition Brief **Due July 10, 2020**

Defendant's/Petitioner's Rely (if any) **Due July 14, 2020**

IT IS SO ORDERED.

Dated: **June 15, 2020**                                       Dale A. Drozd
                                                               UNITED STATES DISTRICT JUDGE