**LAW OFFICE OF EMILY DE LEON**
**Emily de Leon, SBN 296416**
1318 K Street
Bakersfield, CA 93301
PHONE: (661)331-0207
FAX: (661)326-0936
EMAIL: emily@lawdeleon.com

ATTORNEY FOR Defendant,
FRANKIE GOULDING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>FRANKIE GOULDING,<br><br>        Defendant. | No.: 1:18-CR-00240-LJO<br><br><br><br>NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON<br><br>(Doc. No. 43.) |

**TO:  THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Frankie Goulding, by and through his attorney Emily de Leon, hereby requests that Exhibit F in Defendant's Supplemental Brief filed in support of Mr. Goulding's Compassionate Release Motion be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The contents of Mr. Goulding's medical records set out confidential and sensitive information that is subject to the Defendant's privacy rights.  The content in the medical

records goes beyond the general description of his medical conditions described in the Motion and further contains information about other medical conditions that were not discussed in the Motion and which Mr. Goulding would ask to keep confidential.

Accordingly, it is requested that the Medical Records, referred to as Exhibit F in the Compassionate Release Supplemental Opening Brief, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:    July 1, 2020         By:  */s/Emily de Leon*
                                    EMILY DE LEON
                                    Attorney for FRANKIE GOULDING

## **ORDER**

For the reasons set forth above, defendant's request to have his Medical Records filed Under Seal (Doc. No. 43) is granted, with a copy being served upon the United States.

IT IS SO ORDERED.

Dated:   **July 2, 2020**              _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE