UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE THOMAS GOULDING,<br><br>Defendant. | No. 1:18-cr-00240-NONE<br><br>ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE A NOTICE OF APPEAL OF DENIAL OF MOTION FOR RECONSIDERATION |

On July 1, 2020, defendant Frankie Thomas Goulding, through appointed counsel, filed a supplemental brief seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 42.) The court denied defendant's motion for compassionate release on September 10, 2020. (Doc. No. 50.) On October 14, 2020, defendant filed a *pro se* motion for reconsideration of the court's denial. (Doc. No. 51.) The court denied defendant's motion for reconsideration on October 19, 2020. (Doc. No. 52.) On November 20, 2020, defendant filed a notice of appeal of the order denying his motion for reconsideration. (Doc. No. 53.) Thus, defendant filed his notice of appeal more than 14 days after the court's order was entered. *See* Fed. R. App. P. 4(b)(1)(A). Thereafter, the United States Court of Appeals for the Ninth Circuit remanded this case for the purpose of allowing this court to determine whether defendant's deadline to file a notice of appeal should be extended for a period not to exceed 30 days from the expiration of the time prescribed

1

by Rule 4(b)(1)(A), upon a finding of good cause or excusable neglect, which may be determined "with or without motion and notice." *See* Fed. R. App. P. 4(b)(4).

Here, the court finds that excusable neglect exists justifying the extension of the deadline for the filing of a notice of appeal from the order denying reconsideration of defendant's motion for compassionate release. The order denying reconsideration was electronically served on defendant's counsel, who was appointed on behalf of defendant for purposes of the motion for compassionate release. However, defendant's appointed counsel did not assist defendant in preparing the motion for reconsideration. (Doc. No. 51 at 3.) Defendant explains in his notice of appeal that his appointed counsel did not provide him with notice or a copy of the order denying his *pro se* motion for reconsideration. (Doc. No. 53 at 5.) Defendant states that he received a copy of the order denying reconsideration on November 11, 2020 from his girlfriend. (*Id.*) Defendant then promptly prepared and filed his notice of appeal, dated November 16, 2020 and docketed by the court on November 20, 2020, which contained an explanation as to why the deadline to file a notice of appeal should be extended supported by defendant's declaration. (Doc. Nos. 53.) Based on this record, the court finds that excusable neglect exists to extend defendant's deadline to file a notice of appeal of the order denying his *pro se* motion for reconsideration.

Accordingly:

1. The deadline for defendant Frankie Thomas Goulding to file a notice of appeal from the order denying his motion for reconsideration seeking compassionate release (Doc. No. 52) is extended from November 2, 2020 to December 2, 2020;

2. The Clerk of Court is directed to serve a copy of this order on defendant Frankie Thomas Goulding at the following address: Reg. No. 68615-097, FCI Sheridan, Federal Correctional Institution, P.O. Box 5000, Sheridan, Oregon 97378. In addition, the Clerk of Court is directed to serve a copy of the order denying defendant's motion for reconsideration (Doc. No. 52) at the same address; and

/////

/////

3. The Clerk of Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

_____
UNITED STATES DISTRICT JUDGE