UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANKIE THOMAS GOULDING,<br>Defendant. | No. 2:09-cr-00450-DJC |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANKIE THOMAS GOULDING,<br>Defendant. | No. 1:18-cr-00240-DJC |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANKIE THOMAS GOULDING,<br>Defendant. | No. 2:26-cr-00063-DAD<br><br><u>RELATED CASE ORDER</u> |

Defendant has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:26-cr-00063 is reassigned from Judge Dale A. Drozd to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:26-cr-00063-DJC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE